| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | |
| 5 | KEVIN J. BARRY (CABN 229748)<br>Assistant United States Attorney |
| 6 | |
| 7 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102<br>Telephone: (415) 436-7200 |
| 8 | Facsimile: (415) 436-7234<br>Email: kevin.barry@usdoj.gov |
| 9 | |
| 10 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No.: 09-mj-70495 MAG |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER<br>EXTENDING TIME LIMITS OF RULE 5.1(c) |
| IGNACIO PARRA-SAVALA,<br>  a/k/a Ignacio Parra-Zavala,<br>  a/k/a, Jose Luis Avila,<br>  a/k/a Alicio Godina Lopez,<br>  a/k/a Rosendo Rios Montoya, | ) ) ) ) ) ) | |
| Defendant. | ) | |

On June 19, 2009, the parties in this case appeared before the Court for a preliminary hearing / arraignment. At that time, the parties requested, and the Court agreed, to set the date for a further status conference / preliminary hearing / arraignment for July 7, 2009 before Judge Chen. Pursuant to Federal Rule of Criminal Procedure 5.1(d), the defendant consented this extension of time, and the parties represented that good cause exists for this extension. The

STIPULATION & [PROPOSED] EXTENDING TIME LIMITS
CR 09-mj-70495 MAG                                                                                                                1

1  parties continue to investigate the case and to consider resolution through a plea agreement. At
2  the hearing, the Court found that good cause exists for an extension of the time limits provided
3  by Federal Rule of Criminal Procedure 5.1(c).

5  SO STIPULATED:

                                              JOSEPH P. RUSSONIELLO
                                              United States Attorney

9  DATED: June 24, 2009                              /s/
                                              KEVIN J. BARRY
10                                             Assistant United States Attorney

12 DATED: June 24, 2009                              /s/
                                              SHAWN HALBERT
13                                             Attorney for IGNACIO PARRA-SAVALA

15                                 [PROPOSED] ORDER

16     For the reasons stated above and at the June 19, 2009 hearing, the Court finds that the
17 extension of time limits applicable under Federal Rule of Criminal Procedure 5.1(c) from June
18 19, 2009 through July 7, 2009 is warranted and that the ends of justice served by the continuance
19 outweigh the interests of the public and the defendant in the prompt disposition of this criminal
20 case.

22    IT IS SO ORDERED.

24 DATED: __06/24/09____          _____
                                  THE HONORABLE JOSEPH C. SPERO
25                                United States Magistrate Judge

STIPULATION & [PROPOSED] EXTENDING TIME LIMITS
CR 09-mj-70495 MAG                                                                               2